UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

THE AUTOMOBILE INSURANCE COMPANY
OF HARTFORD CONNECTICUT a/s/o JOHN &
ANDREA CARWAY,

                Plaintiff,

- against -

BLACK & DECKER (U.S.) INC. and APPLICA
CONSUMER PRODUCTS, INC.

                Defendants.

----------------------------------------X

Civil Action No.: 04-CV-4065
(SLT)(SMG)

**STIPULATION AND
ORDER OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for the respective parties, that the Plaintiff's action shall be dismissed with prejudice and without costs awarded to any party. The attorneys further agree that this Stipulation And Order Of Dismissal may be executed in counterparts, and that a facsimile copy of this Stipulation and Order Of Dismissal shall be accepted as an original.

LAW OFFICES OF JOHN P. HUMPHREYS

_____
Robert A. Schultz, Esq.
Three Huntington Quadrangle
Suite 102-S
P.O. Box 9028
Melville, New York 11747
(631) 501-3000
Attorney for Plaintiff

PINO & ASSOCIATES, LLP

_____
Thomas E. Healy, Esq.
Westchester Financial Center
50 Main Street
White Plains, New York 10606
(914) 946-0600
Attorneys for Defendant
BLACK & DECKER (U.S.) INC.

217940.1

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKLER, LLP

_____ (HMOB 8589)
H. Michael O'Brien, Esq.
Three Gannett Drive
White Plains, New York 10604-3407
(914) 323-7000 Ext. 4234
Attorneys for Defendant
APPLICA CONSUMER PRODUCTS, INC.

Dated: White Plains, New York
       August 15, 2005

SO ORDERED:

_____
Hon. Sandra L. Townes