# PINO & ASSOCIATES, LLP

**ATTORNEYS AT LAW**

Westchester Financial Center
50 Main Street
White Plains, New York 10606
Telephone (914) 946-0600
Facsimile  (914) 946-0650
www.pinolaw.com

Rudolph V. Pino, Jr.
John M. Socolow
Thomas E. Healy*
Frank C. Randazzo
Richard T. Petrillo

Brian W. Colistra
Joanna Roberto*
Lori F. Graybow
Jill E. Daly**

Also Admitted to CT Bar *
Also Admitted to NJ Bar **

OF COUNSEL
John R. Altieri**
Hackensack, New Jersey

October 18, 2005

**VIA ECF**

Hon. Sandra L. Townes
United States District Court
Eastern District of New York
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   The Automobile Insurance Company Of Hartford Connecticut
      a/s/o John & Andrea Carway v. Black & Decker (U.S.) Inc.
      and Applica Consumer Products, Inc.
      Civil Action No.: 04-CV-4065 (SLT)(SMG)
      P & A Ref:  RVP/TEH/1750.2245

Dear Judge Townes:

We represent Defendant Black & Decker (U.S) Inc. in connection with the above proceeding. Attached is a copy of a Stipulation And Order Of Dismissal which has been executed by all parties.

Should you have any questions regarding this filing, please feel free to contact our office.

Respectfully,

Thomas E. Healy

TEH/dg
Attachment

cc: Robert A. Schultz, Esq. (w/encl. via ECF)
    H. Michael O'Brien, Esq. (w/encl. via ECF)

219637.1